**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY** 24- 1288

**UNITED STATES OF AMERICA** ] **Magistrate Case No. E2064704 (Class A)**

**v.**

**VINCENT J. VENEZIALE**

**COMPLAINT**
**Offense on a Federal Reservation**

BEFORE the **Honorable Andrea Dechenne Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **27th day of September 2024**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**VINCENT J. VENEZIALE** did commit:

Possession of firearms and dangerous weapons in federal facilities
in violation of 18 U.S.C 13.

The name of the Complainant is **Luke D. Wilson.**

**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 5TH DAY OF DECEMBER 2024.**

**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**

12/5/24 NK 2/6/25

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 27 September, 20 24 while exercising my duties as a law enforcement officer in the Federal District of New Jersey

on the date stated above the subject Venezaile Vincent was found to have a loaded firearms in his Possession located in the drivers area of his vehicle when attempting to access JB MDL.

The foregoing statement is based upon:

- [ ] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/27/2024 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________
Date (mm/dd/yyyy) U.S. Magistrate Judge

CVB SCAN 10/07/2024 11:14

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident